THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BREANNA H. HARRISON AND<br>CYNTHIA K. ABNER, INDIVIDUALLY<br>AND ON BEHALF OF THE ESTATE OF<br>MARCUS H. HARRISON | §<br>§<br>§<br>§<br>§ | |
| VS. | § <br>§| CIVIL ACTION NO. 4:17-cv-00931 |
| DARNAS, INC., DUSNIEL GONZALES<br>AND GEICO INDEMNITY COMPANY | §<br>§ | |

**PARTIES' STIPULATION OF DISMISSAL OF TRANSGO CARRIERS, LLC**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties file this Stipulation of Dismissal dismissing TransGo Carriers, LLC from this case.

1. Plaintiffs filed their Second Amended Compliant on April 24, 2017. *See* Rec. Doc. 12.

2. Defendant, TransGo Carriers, LLC was served on May 30, 2017.

3. On June 15, 2017 Defendant, TransGo Carriers, LLC filed its Answer to Plaintiffs' Second Amended Complaint. *See* Rec. Doc. 30.

4. The parties file this Stipulation of Dismissal as to TransGo Carriers, LLC without prejudice as to refiling same under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5. The parties pray that TransGo Carriers, LLC be dismissed from this case.

Respectfully Submitted,

**STEVENSON & MURRAY**

By: */s/ William Robert Hand*
_____
JOHN W. STEVENSON, JR.
Federal I.D. 3992
State Bar No. 19196050
Jstevenson@stevensonmurray.com
WILLIAM ROBERT HAND
Federal I.D. 1786161
State Bar No. 24078622
Rhand@stevensonmurray.com
24 Greenway Plaza, Suite 750
Houston, Texas 77046
(713) 622-3223 - Telephone
(713) 622-3224 - Facsimile


**DAVID HAMMIT, LLC**

David Hammit
State Bar No. 08857660
109 south Madison Street
Madisonville, Texas 77864
(936) 349-1600 - Telephone
(936) 349-0505 - Facsimile
David@hammitlaw.com

*Attorneys for Plaintiffs*

APPROVED AS TO FORM AND CONTENT:

**LAPIDUS KNUDSEN, PC**

By: *Megan Knudsen w/permission /s/ AN*
Mark Lapidus
State Bar No.: 11942250
mlapidus@lk-lawfirm.com
Megan Knudsen
State Bar No.: 24040473
mknudsen@lk-lawfirm.com
3518 Travis, Suite 100
Houston, Texas 77002
(713) 400-6000 - Telephone
(713) 622-8054 - Facsimile
*Attorneys for Darnas, Inc.*


**GERMER**

By: *Marcus Waters w/permission /s/ AN*
David Merkley
State Bar No.: 00798373
dmerkley@germer.com
Marcus Waters
State Bar No.: 24008243
mwaters@germer.com
2929 Allen Parkway, suite 2900
Houston, Texas 77019
(713) 650-1313 - Telephone
(713) 739-7420 - Facsimile
*Attorneys for Dusniel Gonzalez*

**SHEEHY, LOVELACE & MAYFIELD, P.C.**

By: *Cynthia Culp w/permission RAN*
John O'Herren
State Bar No.: 15236500
joherren@slmpc.com
Cynthia Culp
State Bar No.: 24089329
cculp@slmpc.com
510 North Valley Mills Drive, Suite 500
Waco, Texas 78701
(254) 772-8022 - Telephone
(254) 772-9297 - Facsimile
*Attorneys for Geico*

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: *William Moye w/permission RAN*
William Moye
State Bar No.: 24027553
wmoye@thompsoncoe.com
Andrew McCluggage
State Bar No.: 24065708
amccluggage@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 - Telephone
(713) 403-8299 - Facsimile
*Attorneys for Sara Acevedo*

**CALLIER & GARZA, L.L.P.**

By: *Joseph A. Callier w/permission RAN*
Joseph Alan Callier
State Bar No.: 03663500
callier@callierandgarza.com
4900 Woodway, Suite 700
Houston, Texas 77056
(713) 439-0248 - Telephone
(713) 439-1908 - Facsimile
*Attorney for TransGo Carriers, LLC*