THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BREANNA H. HARRISON AND § <br> CYNTHIA K. ABNER, INDIVIDUALLY § <br> AND ON BEHALF OF THE ESTATE OF § <br> MARCUS H. HARRISON § <br> § <br> VS. § <br> § <br> DARNAS, INC., DUSNIEL GONZALES § <br> AND GEICO INDEMNITY COMPANY § | CIVIL ACTION NO. 4:17-cv-00931 |

## ORDER OF DISMISSAL

Defendant TransGo Carriers, LLC is dismissed from this case without prejudice.

Signed on the ___ day of _____, 2017, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge

-1-