**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON  DIVISION**

| | | |
|---|---|---|
| **BREANNA H. HARRISON AND** | § | |
| **CYNTHIA K. ABNER, INDIVIDUALLY** | § | |
| **AND ON BEHALF OF THE ESTATE OF** | § | |
| **MARCUS H. HARRISON** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:17-cv-00931** |
| | § | |
| **DARNAS, INC., DUSNIEL GONZALES** | § | |
| **AND GEICO INDEMNITY COMPANY** | § | |

<u>**AGREED STIPULATION OF DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii), Plaintiffs Breanna H. Harrison and Cynthia K. Abner, Individually and on behalf of the Estate of Marcus H. Harrison stipulate to the dismissal of this action against Defendant, Somerset Logistics, LLC in this case, with prejudice, costs taxed against the party incurring same.  Defense counsel's signature below indicates the agreement to this stipulation.

WHEREFORE, Plaintiffs pray that all claims asserted in this lawsuit against Defendant, Somerset Logistics, LLC, be dismissed with prejudice and that each party bear its own costs.  This stipulation dismisses the remaining Defendant to this suit and dismisses all of Plaintiffs' claims.

Respectfully submitted,

*/s/ William Robert Hand*_____
JOHN W. STEVENSON, JR.
Bar No. 19196050
Jstevenson@stevensonmurray.com
WILLIAM ROBERT HAND
Bar No: 24078622
Rhand@stevensonmurray.com
Stevenson & Murray
24 Greenway Plaza, Suite 7 50
Houston, Texas 77046
(713) 622-3223 - Telephone
(713) 622-3224 – Facsimile
*Attorneys for Plaintiffs*


*/s/ William R. Moye*_____
WILLIAM R. MOYE
State Bar No. 24027553
wmoye@thompsoncoe.com
COURTNEY A. PARECKI
State Bar No. 24104796
cparecki@thompsoncoe.com
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 - Telephone
(713) 403-8299 - Facsimile
*Attorneys for Defendant,*
*Somerset Logistics, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of March, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record via CM/ECF system and/or via facsimile, as indicated below:

William Moye/Courtney Parecki
Thompson, Code, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056                                                                   *E-File*

Mark Lapidus/Megan Knudsen
3518 Travis, Suite 100
Houston, Texas 77002                                                                   *E-File*

David Merkley/Marcus Waters
Germer
2929 Allen Parkway, Suite 2900
Houston, Texas 77019                                                                   *E-File*

John O'Herren/Cynthia Culp
Sheehy, Lovelace & Mayfield, PC
510 North Valley Mills Drive, Suite 500
Waco, Texas 78701                                                                       *E-File*

Mr. Wade Williams
Lewis & Williams
1014 Hercules Avenue
Houston, Texas 77058                                                                   *E-File*


                                                                                        */s/ William Robert Hand*
                                                                                        _____
                                                                                        WILLIAM ROBERT HAND