United States District Court
Southern District of Texas
**ENTERED**
March 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BREANNA H HARRISON, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-00931 |
| § | |
| DARNAS, INC., *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

The Parties in this case have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 77). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of March, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE